IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAURA ANN ENGELSMAN,

    Plaintiff,

v.                                                    No. 13-CV-227 JCH/CG

CAROLYN W. COLVYN, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on March 4, 2014. (Doc. 23). In the PFRD, the Magistrate Judge recommended that *Plaintiff's Motion to Reverse or Remand with Supporting Memorandum*, (Doc. 18), be granted and that this case be remanded to the Commissioner for further proceedings consistent with the PFRD. The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 23 at 17). No objections have been filed and the deadline of March 21, 2014 has passed. The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that *Plaintiff's Motion to Reverse or Remand with Supporting Memorandum*, (Doc. 18), be **GRANTED** and that this case be **REMANDED** to the Commissioner for further proceedings.

                                                           THE HONORABLE JUDITH C. HERRERA
                                                           UNITED STATES DISTRICT JUDGE